# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| HOPE STEVENSON,<br><br>      Plaintiff,<br><br>vs.<br><br>PROG LEASING, LLC, d/b/a<br>PROGRESSIVE LEASING,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    CIVIL ACTION NO.<br>)   1:16-CV-02902-WSD |

## JOINT MOTION TO DISMISS

Defendant Prog Leasing, LLC d/b/a Progressive Leasing ("Progressive") and Plaintiff Hope Stevenson ("Plaintiff") (collectively, the "Parties") jointly request that this Court enter an order dismissing this case without prejudice. Pursuant to the Arbitration Provision contained within the Parties' underlying Lease Agreement, Plaintiff has agreed to submit her claims under the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.*, ("TCPA") and the Georgia Fair Business Practices Act ("FBPA"), O.C.G.A. § 10-1-390 *et seq.* to arbitration. As these TCPA and FBPA claims are the only claims asserted in Plaintiff's complaint, arbitration will likely resolve all the issues presented in this action.  Thus, a

dismissal without prejudice in this action pending arbitration is appropriate under the circumstances.

Accordingly, Progressive and Plaintiff jointly request this action be dismissed without prejudice pending the arbitration of Plaintiff's TCPA and FBPA claims.

Dated: October 28, 2016                    Respectfully submitted,


/s/ Adam J. Klein                          /s/ Daniel L. Delnero
Adam J. Klein                              Daniel L. Delnero
Georgia Bar No. 425032                     Georgia Bar No. 347766
Matthew T. Berry                           BALLARD SPAHR LLP
Georgia Bar No. 055663                     999 Peachtree Street
BERRY & ASSOCIATES                         Suite 1000
2751 Buford Highway, Suite 600             Atlanta, GA 30309-3915
Atlanta, GA 30324                          Telephone: 678-420-9300
Telephone: 404-235-3334                    Facsimile: 678-420-9301
Facsimile: 404-235-3333                    delnerod@ballardspahr.com
aklein@mattberry.com
matt@mattberry.com                         *Counsel for Defendant Prog Leasing, LLC*
                                           *d/b/a Progressive Leasing*

*Counsel for Plaintiff*
*Hope Stevenson*

## **CERTIFICATION OF COMPLIANCE WITH L.R. 5.1B**

I hereby certify that the foregoing has been computer processed with 14 point Times New Roman font in compliance with the United States District Court for the Northern District of Georgia Local Rule 5.1B.

Date: October 28, 2016

/s/ Daniel L. Delnero
Daniel L. Delnero
Georgia Bar No. 347766

*Counsel for Defendant Prog Leasing, LLC,
d/b/a Progressive Leasing*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this day, I filed the foregoing JOINT MOTION TO

DISMISS PENDING ARBITRATION with the Clerk of Court using the CM/ECF

system, which will automatically serve the following parties:

Adam Klein
Berry & Associates
One Tampa City Center
2751 Buford Highway, Suite 600
Atlanta, GA 30324
*Counsel for Plaintiff*

Date:  October 28, 2016

/s/ Daniel L. Delnero
Daniel L. Delnero
Georgia Bar No. 347766

*Counsel for Defendant Prog Leasing, LLC,*
*d/b/a Progressive Leasing*