UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HOPE STEVENSON, <br><br> Plaintiff, <br><br> vs. <br><br> PROG LEASING, LLC d/b/a PROGRESSIVE LEASING, <br><br> Defendant. | CIVIL ACTION NO. <br> 1:16-CV-02902-WSD |

## ORDER

This matter is before the Court on the Parties' Joint Motion to Dismiss Pending Arbitration. For good cause shown, the Parties' motion is hereby **GRANTED**. Accordingly, this matter is hereby **DISMISSED WITHOUT PREJUDICE** as a result of the parties' agreement to arbitrate Plaintiff's claims.

As a result of this dismissal, the Clerk of Court is hereby **DIRECTED** to **CLOSE THIS ACTION**.

**SO ORDERED** this 28th day of October, 2016.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE